UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHRISTOPHER YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN RICHARD BURLINGHAM, et al.,<br><br>Defendants. | No. 2:22-cv-00053-TLN-CKD<br><br>**ORDER** |

Plaintiff is proceeding in this action *pro se*. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On June 3, 2022, the magistrate judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 6.) Plaintiff has not filed objections.

Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued June 3, 2022 (ECF No. 6) are adopted in full;

2. This action is DISMISSED without prejudice; and

3. The Clerk of Court is directed to close this case.

**DATED: August 15, 2022**

Troy L. Nunley
United States District Judge